Date signed April 01, 2009



PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| In Re: | Case No. 08-24797PM |
|---|---|
| Solomons Homes and Marina, LLC, | Chapter 11 |
| Debtor. | |

## MEMORANDUM OF DECISION

This matter came before the court on the Motion for Reconsideration filed by Chris Serabian ("the Movant"). Having reviewed the Motion and the Oppositions as well as the record herein, the court will deny the Motion without conducting a hearing. The court observes that the Motion was untimely filed and that the Movant lacks standing as neither being scheduled by the Debtor as a creditor nor having filed a Proof of Claim against this bankruptcy estate.

    An appropriate Order will be entered.

cc:    Debtor
       Debtor's Counsel
       Chris Serabian
       Acacia Federal Savings Bank
       Parties Requesting Notice
       Office of the U.S. Trustee

End of Memorandum