Date signed May 20, 2009



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

```
IN RE:                                  :
                                        :
SOLOMONS HOMES AND MARINA, LLC:            Case No. 08-24797PM
                                        :
         Debtor                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -:
```

### MEMORANDUM OF DECISION

This case came before the court for consideration of approval of a Disclosure Statement filed by the Debtor-in-Possession.  Objections were filed by the office of the United States Trustee, Acacia Federal Savings Bank, the holder of a claim secured by the Debtor's real estate, and Chris Serabian, a party to litigation with the Debtor originating in the Circuit Court for Calvert County, Maryland.  A list of these pending matters appears in the record as Exhibit B to Docket Entry #71.

The primary objections by the office of the United States Trustee were cured by the filing of an Amended Disclosure Statement (D.E. #96).  The court finds that the objections raised by Acacia are in the nature of confirmation issues.  While it is conceivable that some could be determined prior to confirmation, the court finds the most expeditious procedure would be to approve the Disclosure Statement and schedule the confirmation hearing.

The basis of the objection of Ms. Serabian to the Disclosure Statement and Plan is that she, not the Debtor, is the owner of the real property that is the subject of the bankruptcy case. Such an objection must be raised by way of an adversary proceeding pursuant to Fed. Rule of Bankruptcy Proc. 7001(2), inasmuch as Ms. Serabian was neither scheduled as a creditor nor did

she file a proof of claim or interest. The court cannot tell from the record whether this dispute was the subject of any of the state court proceedings between the parties.

In reviewing the state court docket, the court notes that the Court of Special Appeals stayed an appeal because of the filing of this bankruptcy case. However, if the action is one that was initiated by the Debtor, the stay of 11 U.S.C. § 362(a) would not apply to the plaintiff's prayers for relief and any appeal therefrom.

An order will be entered approving the Disclosure Statement and setting a hearing for confirmation of the Debtor's Plan.

cc:
All Creditors and Parties in Interest

**End of memorandum**